**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

Reference for court use only

https://storage.gtwy.dcn:8443/v1/file/ned.8072417653.86201046.421944.json